

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00268-CR

Andy **BARAJAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4718
Honorable Joey Contreras, Judge Presiding

# O R D E R

The reporter's record was due August 16, 2018, but only a part of it has been filed. On August 20, 2018, court reporter Bettina Williams filed a notification of late record stating that the portion of the record for which she is responsible [hearings conducted September 21, 2015, November 2, 2015, December 21, 2015, and March 8, 2016] has been prepared. The notification states the reporter has not filed the record because appellant has not paid or made arrangements to pay the reporter's fee and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **August 31, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **October 1, 2018**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.



_____

Keith E. Hottle
Clerk of Court